# Court of Appeals, State of Michigan

## ORDER

Margaret Barnowski v Cleary University

Docket No. 344917

LC No. 17-000079-AE

Michael F. Gadola
Presiding Judge

Elizabeth L. Gleicher

Cynthia Diane Stephens
Judges

The motion for reconsideration is GRANTED, and this Court's opinion issued July 30, 2020 is hereby VACATED. A new opinion will be issued.

_____
Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

September 18, 2020
Date

_____
Chief Clerk